23451

William M. MULLER, d/b/a Aquarium Pools, Petitioner v. MYRTLE BEACH GOLF & YACHT CLUB, a General Partnership, and Charles R. Winters, Owner, of whom Charles R. Winters is Respondent.

(408 S.E. (2d) 242)

Supreme Court

*Ronald M. Childress*, Columbia, *for petitioner*.

*Otis Allen Jeffcoat, III*, Myrtle Beach, *for respondent*.

Heard June 12, 1991.

Decided Aug. 5, 1991.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

This case is before the Court on a writ of certiorari to review the Court of Appeals' decision reported at — S.C. —, 399 S.E. (2d) 430 (1990). We now dismiss the writ as improvidently granted.

Dismissed.